IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

STEVEN HRIN, et al.,
      Plaintiffs

v.                                CIVIL NO. AMD 00-2777

ELECTRO-MATIC PRODUCTS COMPANY,
      Defendant

...oOo...

ORDER

Plaintiff's motion for voluntary dismissal without prejudice has been read and considered. Plaintiff notes that defendant, which has answered the complaint, objects to a dismissal without prejudice. In accordance with Fed.R.Civ.P. 41(a)(2), the court is satisfied that a dismissal without prejudice, with conditions, is appropriate.

Accordingly, it is this 4th day of October, 2000, ORDERED

(1) That the motion for voluntary dismissal without prejudice is GRANTED, PROVIDED THAT, BEFORE THE REINSTITUTION OF THE CLAIMS IN THIS CASE IN ANY COURT, PLAINTIFF SHALL PAY OVER TO DEFENDANT AS A CONTRIBUTION TO ITS COSTS AND ATTORNEY'S FEES FIVE HUNDRED (500.00) DOLLARS; and it is further ORDERED

(2) That the Clerk shall CLOSE THIS CASE and TRANSMIT a copy of this Order to all counsel.

ANDRÉ M. DAVIS
United States District Judge